AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 661 - Theft within a Special Maritime and Territorial Jurisdiction, Class A Misdemeanor

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT - U.S.**
▶ NICHOLAS M. PLAGAKIS

**DISTRICT COURT NUMBER**
E-filing CR 07 0448

**PENALTY:**
Maximum Prison Term 1 Year
Maximum Fine $100,000
Maximum Term of Supervised Release 1 Year
Mandatory Special Assessment $25

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)
United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**DEFENDANT** — MAG

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 1/30/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM — SCOTT N. SCHOOLS
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) DEREK R. OWENS

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3                                                          **FILED**
4                                                          JUL 1 3 2007
                                                           RICHARD W. WIEKING
5                                                          CLERK, U.S. DISTRICT COURT
                                                           NORTHERN DISTRICT OF CALIFORNIA
6                              E-filing
7
8              UNITED STATES DISTRICT COURT         **MAG**
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
                        **CR 07   0448**
11
12 | UNITED STATES OF AMERICA,        )   No.
13 |         Plaintiff,               )   VIOLATIONS: Title 18 United States Code,
                                      )   Section 661 - Theft (Class A Misdemeanor)
14 |     v.                           )
                                      )
15 | NICHOLAS MARKO PLAGAKIS,         )   SAN FRANCISCO VENUE
                                      )
16 |         Defendant.               )
                                      )
17 | _____  )
18
19
                           I N F O R M A T I O N
20
21 The United States Attorney charges:
22    On or about January 30, 2007, within the special maritime and territorial jurisdiction of the
23 United States, specifically, the area administered by the Presidio Trust, within the Northern
24 District of California, the defendant,
25                         NICHOLAS MARKO PLAGAKIS,
26 took and carried away, with intent to steal or purloin, the personal property of another, to wit,
27 merchandise from the Sports Basement, in violation of Title 18, United States Code, Section 661,
28 //

INFORMATION



1 | a Class A Misdemeanor.

3 | DATED: July 10, 2007

SCOTT N. SCHOOLS
United States Attorney

IOANA PETROU
Chief, Major Crimes Section

8 | (Approved as to form: _____ )
DEREK R. OWENS
Assistant United States Attorney

INFORMATION

Case 3:07-cr-00448-JCS   Document 1   Filed 07/13/2007   Page 3 of 3