1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2  BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
8  E-Mail: wendy.thomas@usdoj.gov

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0448 MAG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER AND |
| v. | ) | STIPULATION EXCLUDING TIME |
| | ) | FROM AUGUST 21, 2007 TO |
| NICHOLAS M. PLAGAKIS, | ) | SEPTEMBER 14, 2007 |
| Defendant. | ) | |
| | ) | |

The parties appeared before the Honorable Joseph C. Spero on August 21, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 21, 2007 to September 14, 2007, in light of the need for effective preparation of counsel. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to obtain and review discovery with the defendant.

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0448 MAG

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from August 21, 2007 to September 14, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from August 21, 2007 to September 14, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 9/4/07                              /s/
                                           JODI LINKER
                                           Counsel for Nicholas M. Plagakis

DATED: 8/31/07                             /s/
                                           WENDY THOMAS
                                           Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: Sept. 14, 2007



THE _____
United States Magistrate Judge
Judge Joseph C. Spero

[~~PROPOSED~~] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0448 MAG                    2