| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 1 |||
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Karen L. Hom | | | REPORTER/FTR<br>10:51 to 10:52 |||
| MAGISTRATE JUDGE<br>JOSEPH C. SPERO | DATE<br>September 14, 2007 | | | NEW CASE<br>☐ | CASE NUMBER<br>CR07-0448 MAG ||
| **APPEARANCES** |||||||
| DEFENDANT<br>Nicholas M. Plagakis | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jodi Linker | PD. ☒ RET. ☐<br>APPT. ☐ ||
| U.S. ATTORNEY<br>Laura Terlouw, Law Clerk | INTERPRETER || | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D ||
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER ||| DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ ||
| **PROCEEDINGS SCHEDULED TO OCCUR** |||||||
| ☐ INITIAL APPEAR | ☐ PRELIM HRG || ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS ||
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT || ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER ||
| ☐ DETENTION HRG | ☐ ID / REMOV HRG || ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING ||
| **INITIAL APPEARANCE** |||||||
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES || ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |||
| **ARRAIGNMENT** |||||||
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT || ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |||
| **RELEASE** |||||||
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND || AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: ||
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ || | REAL PROPERTY: ☐ ||
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT || ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY ||
| ORDER REMOVED TO THE DISTRICT OF ||||||||
| **PLEA** |||||||
| ☐ CONSENT ENTERED | ☐ NOT GUILTY || ☐ GUILTY | GUILTY TO COUNTS: ☐ |||
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA || ☐ PLEA AGREEMENT FILED | OTHER: |||
| **CONTINUANCE** |||||||
| TO:<br>09/21/07 | ☐ ATTY APPT HEARING || ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET ||
| AT:<br>10:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT || ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☒ CHANGE OF PLEA | ☐ OTHER ||
| BEFORE HON.<br>Judge Spero | ☐ DETENTION HEARING ||  | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING ||
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 || ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING ||
| **ADDITIONAL PROCEEDINGS** |||||||

KLH, JCS

DOCUMENT NUMBER: