01/14/2008 04:47 PM EDT

## Case Debt Type Payment Report
## U.S. Courts

Version 7.0.1

**San Francisco**

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | NICHOLAS M. PLAGAKIS | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611014489 | 1 | PR | 25.00 | 01/11/2008 |

Case No. DCAN307CR000448   US VS NICHOLAS M. PLAGAKIS

Division Payment Total    25.00

Grand Total    25.00

$ _25.00_ SPECIAL ASSESSMENT
PAID IN FULL    s  1/11/08

Page 1 of 1