01/16/2008 07:09 PM EDT

Version 7.0.1

## Case Debt Type Payment Report
## U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | NICHOLAS M. PLAGAKIS | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 3461101489 | 1 | PR | 25.00 | 01/11/2008 |

Case No. DCAN307CR000448   US VS NICHOLAS M. PLAGAKIS

Division Payment Total    25.00

Grand Total    25.00

$25.00 SPECIAL ASSESSMENT
PAID IN FULL

m 1-11-08

Page 1 of 1